# United States District Court
## Violation Notice

(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 2436377 | N. Woller | 1233 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☑ CFR ☐ USC ☐ State Code |
|---|---|
| 5/10/2025 1900 | 36 CFR 4.22(b)(3) |

Place of Offense: Yosemite National Park - Devils Elbow

Offense Description: Factual Basis for Charge HAZMAT ☐

Unsafe operations - failing to maintain necessary/reasonable

**DEFENDANT INFORMATION** [redacted]

| Last Name | First Name | M.I. |
|---|---|---|
| Anderson | Gavin | PJ |

[redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 9SBV897 | CA | 24 | Toyota Prius | | Gray |

**APPEARANCE IS REQUIRED**

A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ Forfeiture Amount

+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ Total Collateral Due

OG

**YOUR COURT DATE**

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date / Time |
|---|---|
| NP25117290 | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature X [signature]

Original - CVB Copy

CVB SCAN 07/15/2025 13:3

# STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on May 10th, 20 25 while exercising my duties as a law enforcement officer in the Eastern District of California

See attached.

The foregoing statement is based upon:

✓ my personal observation ✓ my personal investigation

✓ information supplied to me from my fellow officer's observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 05/10/2025 Natalie Woller

Date (mm/dd/yyyy) Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ____________________

Date (mm/dd/yyyy) U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 07/15/2025 13:3