HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
GAVIN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN ANDERSON,<br><br>Defendant. | Case No. 6:25-po-00452-HBK<br><br>**REPLY IN SUPPORT OF MOTION TO SUPPRESS; [PROPOSED] ORDER**<br><br>Date: April 11, 2026<br>Judge: Hon. Helena Barch-Kuchta |

Defendant Gavin Anderson hereby requests that the Court enter an order granting the pending Motion to Suppress in light of the government's non-opposition.

On March 31, 2026, Mr. Anderson filed a motion to suppress in accordance with this Court's briefing schedule, ECF No. 11. As outlined in the motion, Mr. Anderson requests that this Court suppress all evidence obtained as a result of the warrantless search. The warrantless search is *per se* unreasonable[,]" and the government bears the burden of proving the search falls under one of the "few specifically established and well-delineated exceptions.'" *United States v. Cervantes*, 703 F.3d 1135, 1138–39 (9th Cir. 2012) (quoting *Katz v. United States*, 389 U.S. 347, 357 (1967)).

Pursuant to Local Rule 430.1(f), "[a]ny opposition to a noticed motion shall be served and filed within 7 days after the motion is filed[,]" and any reply is due four days thereafter. Thus, the

deadline for filing an opposition brief to Mr. Anderson's motion was on April 7, 2026. As of the date of this filing, the government has not filed an opposition brief.

"No party will be entitled to be heard in opposition to a motion at oral argument if that party has not timely filed an opposition to the motion." L.R. 430.1(f). As the government has not opposed the motion and has failed to meet its burden, the defense respectfully requests that the Court enter an order granting the pending Motion to Suppress.[1]

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 11, 2026

*<u>/s/ Lisa Ndembu Lumeya</u>*
LISA N. LUMEYA
Assistant Federal Defender
Attorney for Defendant
GAVIN ANDERSON

[1] Given the lack of disputed facts regarding the unopposed motion, Mr. Anderson withdraws his request for an evidentiary hearing.