HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Counsel for Defendant
GAVIN ANDERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAVIN ANDERSON,<br><br>Defendant. | Case No. 6:25-po-00452-HBK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SUPPRESS**<br><br>Date: April 11, 2026<br>Judge: Hon. Helena Barch-Kuchta |

**[PROPOSED] O R D E R**

The Court hereby grants defendant Gavin Anderson's unopposed motion to suppress.

DATED: April ____, 2026

_______________________________
Hon. Helena Barch-Kuchta
United States Magistrate Judge