ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorney for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GAVIN ANDERSON,<br>Defendant. | CASE NO. 6:25-PO-00452-HBK<br><br>MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME<br><br>Judge: Hon. Helena Barch-Kuchta |

The United States, by and through the undersigned Assistant United States Attorney, respectfully requests this Court grant leave to file the Government response to Gavin Anderson's Motion to Suppress out of time. At the status conference held March 10, 2026, the Defendant requested a briefing schedule. The Court imposed a deadline of March 31, 2026, for any pretrial motions and determined that the response would be pursuant to local rules. Gavin Anderson's Motion to Suppress (Dkt 12) was filed March 31, 2026.

Counsel for the Government, Briana Vollmer (Rule 180), was responsible for drafting the response to the Defendant's motion. Counsel mistakenly believed that the local rules permitted the Government to respond to the motion within 21 days. On Monday, April 13, she was advised that local rules permit only 7 days for the Government to respond to motions. Counsel was ill on April 14 and unable to return to work in the office until April 15, 2026.

The Government's response in opposition to Anderson's Motion to Suppress is attached. The Government acknowledges the delay created by the mistake and the imposition on the court to consider the response outside of the standard time. The Government respectfully requests leave to file this response out of time.

Dated: April 15, 2026

ERIC GRANT
United States Attorney

By: */s/ Briana M. Vollmer*
BRIANA M. VOLLMER
Law Enforcement Specialist (Rule 180)