Reporting officer / 650 / DELL ISOLA, C / NPS / Ranger / NPS YOSE / #814 SMITH, K.

***Involved property:***

***Modus operandi:***

***Reports:***

***Investigation log:***

| *Type* | *Entry time* | *Event time* | *Author* | *Link* | *Log entry* |
|---|---|---|---|---|---|
| Investigator action | 05/16/2025 22:28 | 05/10/2025 18:00 | #1587 GETZ, B. | No | Log Details Log Ser# [####] Date: 05/10/2025 Agent/Ranger Adding Entry #1587 GETZ, B. Log Entry BSG 001 - Investigation Report Associated Report Report Involved with this Entry? Yes Investigative Report Associated [Enter Report] [Supplementary report] #1587 GETZ, B. 05/10/2025 18:15 |

***General report:***

*Incident:* NP25117290 Motor Vehicle Crash @05/10/2025 17:45 (NORTHSIDE DR, Yosemite, MARIPOSA CA USA 95389 (Northside Dr at Devils Elbow) (Region: PWR, State/Zone: CA, Area: YOSE, Site: VALLEY, Place: VALLEY)) (YOSE - Valley - Government vehicle MVA. MAs: PCS to AND

*Task:*

*Author:* #1233 WOLLER, N. *Report time:* 05/17/2025 20:51

*Entered by:* #1233 WOLLER, N. *Entered time:* 05/17/2025 20:51

*Approved by:* *Approved time:*

*Remarks:*

*Narrative:*

**GENERAL REPORT**

Government Motor Vehicle Collison

U.S Park Ranger Natalie Woller

NP25117290

CASE#20250510-069

Date- Saturday, May 10th, 2025

Time- Approximately 5:57PM

Location- Yosemite National Park, Valley district, Devils Elbow pullout area, Northside Drive.

**SUMMARY-** On May 10th, 2025, at approximately 5:50PM Officer Chris Del Isola reported a government motor vehicle accident to the Yosemite Emergency Communications Center (YECC) located at the Devil's Elbow pullout area. Upon arrival, Officers found probable cause to search the Toyota prius which had rear ended Officer Del Isola's patrol vehicle. During the search officers found 23 different drug items that were seized as evidence. Both the driver and the passenger were cited for Possession of a controlled substance and the driver was additional cited for unsafe operations. Officers on scene- Officer Natalie Woller, Tim Knaus, Kyle Smith, Ben Getz, and Chris Del Isola. Body worn camera footage is available from each officer.

**INVOLVED PEOPLE-**

Driver and vehicle owner – Gavin Anderson identified by his California Driver's License.

Passenger and driver's self-identified spouse- H[redacted] G[redacted] identified by her California Driver's License.

**VEHICLES INVOLVED-**

*PRIUS*-2024 gray Toyota Prius with California Plates([redacted])

Sustained significant damage to the front of vehicle. Hood of the vehicle completely buckled. See photo log.

*Patrol Vehicle*- White Ford interceptor with government plates (G624470U)

Damage on rear right-side bumper.

**NARRATIVE**

I arrived on scene at Devil's Elbow with Officer Knaus, at approximat 5:57PM. I observed a gray Toyota Prius with California Plates([redacted] identified as the vehicle that struck the patrol vehicle by Officer Chris Del Iso This Prius had damage to the front of the vehicle to include the hood bei buckled. I contacted the driver of the Prius who Officer Getz and Officer D Isola identified as Gavin ANDERSON (ANDERSON) from his California Drive license. ANDERSON stated that the patrol vehicle had stopped in the roadw and that he ran into the back of the patrol vehicle. Officer Del Isola stated th he stopped in the roadway for a pedestrian crossing in the crosswalk lar Officer Ben Getz investigated the motor vehicle accident and conducted ARIDE (advanced roadside impaired driving enforcement) evaluation on t driver of the vehicle.

When I approached the driver of the vehicle (ANDERSON) I could smell t odor of marijuana emanating from his person. I could see an orange marijua vape pen through the passenger side window, as indicated by a marijuana le symbol, an exclamation points and a "CA" located in the center cupholde accessible to the driver. Officer Knaus, and I conducted a probable cau search of the vehicle starting at 6:25PM for open containers of Marijuana.

-

During the search of the vehicle, I located a black Patagonia backpack locat behind the passenger seat that contained the following letter addressed Gavin ANDERSON, an unmarked orange pill bottle with a clear small plas baggie containing a white powdery substance and a clear straw. The sear was expanded to include white powdery substances.

While conducting the search of the trunk of the vehicle, I found a small bla duffle bag that contained marijuana, marijuana edible gummies, a prescripti pill bottled labelled "Gavin ANDERSON with the drug "Gabapentir mushrooms, green pills with glitter, a circle plastic container with various pil and a white powdery substance with a brown paper like straw located inside clear baggie.

Inside the black duffel bag that I was searching, was a green hyperlight ba
Officer Knaus searched the bag and found the following: 3 paper table
indicative of LSD, a leafy brown plant substance in a small clear baggie, like
psychedelic mushrooms, and a crystal-like substance that ANDERSO
identified as MDMA.

Officer KNAUS located the following items on the driver's side of the vehicle
black fanny pack located behind the driver's seat contained, Tramadol, M3
(Oxycodone), Xanax, and T100. A blue duffel bag, located on the back se
behind the driver's seat containing a pill bottle with the name Ga
ANDERSON on it, Ritalin, and multiple white round pills labelled with a "
imprint which we believed to be anti-psychotic medication, and a white toile
bag containing a marijuana joint.

The search of the vehicle was completed at 7:18PM

**EVIDENCE –**

The following 23 items of evidence were seized from the Toyota Prius and logged into Safe Tracker.

#1 White powder found with straw

#2 Unknown green glittered pills

#3 White Oval Pill with "M365" imprint. Identified as Hydrocodone

#4 White round pill with "K 18" imprint. Internet identification as Oxycodone.

#5 Octagonal pills with "20" and "M" imprint. Internet identification indicated this was Amphetamine/Dexamphetamine (Adderall).
#6 Oval orange- and cream-colored pills with "RP 730" written on side. Internet searches indicated this was Amphetamine/Dexamphetamine (Adderall)
#7 Oval pill with "B706" imprint. Internet searches indicated this was Alprazolam (Xanax)
#8 Orange and blue pills with "Mylan LE 70" written on them. Internet searches indicated they were Lisdexamfetamine dimesylate.

#9 White circle pill with "K 101" imprint. Internet research indicated it was methylphenidate (Ritalin)

#10 Marijuana mixed with Tobacco
#11 White round pills with "AN 627" imprint. Internet research indicated "Tramadol"
#12 Marijuana
#13 Marijuana gummies
#14 Marijuana THC pen
#15 Mushroom like substance
#16 White crystal-like substance (possible MDMA)
#17 Brown leafy substance
#18 3 paper tablets, possible LSD.

#19 Marijuana joint
#20 2 Marijuana THC vape pens
#21 Two blue glitter pills with no markings.
#22 Possible magic mushroom.
#23 White powdery substance with brown straw.
#24 Various pills, containers, cigarette roller, etc. Items taken were not evidence.

**CHARGES** – 3 citations

ANDERSON was charged with the following: 2 mandatory court appearance violation notices:

Violation #E2436377 for violation of 36 CFR 2.35 (b) (2) The possession of controlled substance.
Violation #E2436377 for violation of 36 CFR 4.22 (b) (3) Unsafe Operatio failing to maintain necessary control of a motor vehicle to avoid danger property

G[redacted] was charged with the following- 1 mandatory court appearance violation notice:

Violation #E2138906 for violation of 36 CFR 2.35 (b) (2) The possession of controlled substance.

**DRUGS TO BE TESTED**

The following are drugs that were seized as evidence that have been requested to be sent for further testing by the Law Enforcement Specialist.

ANDERSON

1. Evidence Item #1 - White powder found with straw

2.Evidence Item # 2 – Unknown green glittered pills

3.Evidence Item #16 – White crystal-like substance (possible MDMA)

G[redacted]

1. Evidence Item #22 Possible psychedelic mushroom

**DISPOSTION**

Anderson and G[redacted] were issued mandatory court appearance citations and were given the option to have their vehicle towed. They stated they were going to continue their trip in Yosemite National Park by backpacking on a trail off the Big Oak Flat Road and declined the tow.

Officers left the scene at approximately 7:52PM

**END REPORT**

***Supplementary report:***

| | |
|---|---|
| *Incident:* | NP25117290 Motor Vehicle Crash @05/10/2025 17:45 (NORTHSIDE DR, Yosemite, MARIPOSA CA USA 95389 (Northside Dr at Devils Elbow) (Region: PWR, State/Zone: CA, Area: YOSE, Site: VALLEY, Place: VALLEY)) (YOSE - Valley - Government vehicle MVA. MAs: PCS to AND |
| *Task:* | |
| *Author:* | #650 DELL ISOLA, C. ***Report time:*** 05/10/2025 20:49 |

*Entered by:* #650 DELL ISOLA, C. *Entered time:* 05/10/2025 20:49
*Approved by:* *Approved time:*

*Remarks:*
*Narrative:*

On May 10, 2025, at approximately 1740, I, US Park Ranger (USPR) Christopher Dell Isola, was on routine patrol in my marked patrol vehicle on Northside Drive traveling west in the area of Devil's Elbow.

The section of Northside Drive that I was traveling on is a two lane, one way road. The direction of travel was east to west. There were several turnouts on both sides of the road and several crosswalks. This section of road was several miles long and consists of many curves. The speed limit for this section of road was 35 miles per hour.

I was traveling in the left hand lane at between 30-35 miles per hour. There were several cars in front of and behind me in both lanes. I came to the area known as Devil's Elbow where the road curved sharply to the left. There was a crosswalk in the middle part of the curve. On the left side of the crosswalk were two women about to step into the crosswalk. They were obscured from my view by a large tree on the left side of the road. As soon as I had view of the crosswalk and saw the two women, I immediately applied the brakes and came to a stop before the crosswalk.

A moment after stopping, I heard tired screeching behind me and felt an impact in the rear of my vehicle. My vehicle was pushed halfway into the crosswalk. I put my patrol vehicle in park, activated my body worn camera (BWC) and notified Yosemite Emergency Communication Center (YECC) of the motor vehicle accident involving a government vehicle (GOV MVA).

I exited my vehicle and observed a silver Toyota Prius (CA Tag#[redacted]) stopped behind my vehicle with severe front end damage. A liquid was pouring out from the front end of the vehicle. I told the occupants to exit the vehicle due to the unknown fluid leaking and unknown risk of fire. I asked the occupants to move over to the large north turnout for safety out of the road. The driver asked if he should turn the car off and I said yes. He turned off the car. I asked them again to move to the turnout.

The occupants moved to the turnout. I picked up several pieces of debris before walking over to the turnout to meet with the occupants. I asked if they were ok and if there were any injuries. The driver said his arm hurt a little bit. I told him we can have Emergency Medical Services (EMS) come and check his arm and he declined.

I told the occupants that they were not in trouble at that moment but they would probably not be driving the car. I made the assumtion based on the visible damage that the vehicle was not drivable. I asked if the vehicle belonged to the male driver and he said yes. I briefly explained that other officers would be arriving to complete a report due to the involvment of a government vehicle. I again reiterated that EMS could come and check them out free of charge. They declined again.

After speaking with the occupants, I set out traffic cones from my partol vehicle around the scene and put on a reflective traffic vest. I began directing traffic while I photographed the vehicle.

The occupants asked if they could retrieve something from the vehicle, I said yes. I directed traffic for them to cross the road safely.

I returned to traffic control. While walking around the vehicle, I looked through the drivers side window and observed an orange vaporizer pen in the front seat center cupholders.

A few minutes later, the driver asked if he should call his insurance and I told him yes. I asked where they were from, he said Alhambra. I asked where they were planning to stay that night. The driver said they were planning to backpack and camp in the back country on the Big Oak Flat trail.

I checked the fluid leaking from the car and it smelled like water. I asked them to try to move the vehicle to clear the road. They were able to start the car and move it into the Devil's Elbow turnout north-west of the accident scene approximately 50 yards away.

After they moved their vehicle, Supervisory USPR Smith, USPR Knaus, USPR Woller and USPR Getz arrived on scene. I moved my vehicle out of the road to the Devil's Elbow turnout. After a few

minutes, I drove back to the Yosemite Valley Ranger Office to begin filling out paperwork for the GOV MVA.

END OF REPORT

***Supplementary report:***

| | | | |
|---|---|---|---|
| *Incident:* | NP25117290 Motor Vehicle Crash @05/10/2025 17:45 (NORTHSIDE DR, Yosemite, MARIPOSA CA USA 95389 (Northside Dr at Devils Elbow) (Region: PWR, State/Zone: CA, Area: YOSE, Site: VALLEY, Place: VALLEY)) (YOSE - Valley - Government vehicle MVA. MAs: PCS to AND | | |
| *Task:* | T250133523 [Follow up - <<Overdue>> Sup chk] Due: 05/29/2025 20:52 #1587 GETZ, B. ->#1587 GETZ, B. [Med] Supplemental Incident Task/ISB Report Approval NP25117290 Motor Vehicle Crash @05/10/2025 17:45 (NORTHSIDE DR, Yosemite, MARIPOSA CA USA 95389 (Norths | | |
| *Author:* | #1587 GETZ, B. | *Report time:* | 05/10/2025 18:15 |
| *Entered by:* | #1587 GETZ, B. | *Entered time:* | 05/15/2025 20:43 |
| *Approved by:* | | *Approved time:* | |
| *Remarks:* | BSG 001 - Investigation Report | | |

*Narrative:*

**NP25117290**
**Supplementary Report**
**05/10/2025**
**Getz #1587**

**SUMMARY:**

Crash investigation and ARIDE testing on ANDERSON

**DETAILS:**

On May 10, 2025, at approximately 1745 hours, Officer Christopher Dell Isola (#650) notified dispatch of an motor vehicle accident (MVA) at Devil's Elbow on Northside Drive. Officer Dell Isola had been rear ended.

I responded, arriving at approximately 1800 hours. Officer Dell Isola's patrol vehicle was parked in the left lane of the 2 lane one-way road. The front of the patrol vehicle was in the crosswalk. I observed a silver 2024 Prius (CA: [redacted] parked in the dirt parking area north of the road downstream from Officer Dell Isola's patrol vehicle.

I spoke with the occupants, H[redacted] G[redacted], a female whom was later identified by her California driver license, and a male, Gavin Porter Joseph ANDERSON, whom I identified by his California driver license. ANDERSON stated he had been driving at the time of the accident. ANDERSON sated his right arm was hurt. ANDERSON denied my offer of calling an ambulance.

I observed ANDERSON's eyes appeared red and bloodshot. I observed the front of the prius was damaged and the hood was buckled.

Officers Tim Knaus (#984) and Natalie Woller (#1233) arrived on scene. They spoke with ANDERSON and G[redacted] briefly before Officer Knaus informed me he smelled the odor of marijuana emanating from ANDERSON.

I asked ANDERSON what happened. ANDERSON stated, "Just way to sudden of a stop for me to stop." Anderson stated, "Not over 30," when I asked how fast he had been driving.

**Investigator's note: I later interviewed Officer Dell Isola regarding the accident. Officer Dell Isola stated he stopped as he saw a pedestrian approaching the crosswalk from the left. The Prius impacted his patrol vehicle from the rear, which pushed his patrol vehicle partially into the crosswalk.*

I told ANDERSON that I observed his eyes were red and watery and that he smelled like marijuana. I asked ANDERSON when the last time he smoked was. ANDERSON stated, "2 hours." I told