*United States v. Gavin Anderson*

Case No. 6:25-po-00452-HBK

Exhibit A – Body-Worn Camera of Ranger Tim Knaus

PLACEHOLDER