# D E C L A R A T I O N

I, Lisa Ndembu Lumeya, declare as follows:

1. I am an Assistant Federal Defender with the Office of the Federal Defender for the Eastern District of California.

2. The Office of the Federal Defender represents individuals charged with offenses in the Eastern District of California. In my capacity as an Assistant Federal Defender, I represent my office's clients facing misdemeanor charges arising out of Yosemite National Park.

3. On October 20, 2025, I raised a concern to Assistant United States Attorney Arin Heinz regarding NPS Rule 180 representatives appearing in law enforcement uniforms when prosecuting individuals on behalf of the United States. I explained in an email that "Our limited request is just that law enforcement rangers not appear in uniform when acting under Rule 180 to avoid any confusion between the LEO role and prosecutor role." That same day, AUSA Heinz responded that she would review and follow up.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

July 27, 2026

*/s/ Lisa N. Lumeya*

Lisa Ndembu Lumeya