# DECLARATION

I, Julie Butler, declare as follows:

1. I am a Paralegal/Disposal Officer with the Office of the Federal Defender for the Eastern District of California. I have been employed with this office since February 2015.

2. As part of my job, I process discovery in cases arising out of the Eastern District of California. My caseload includes 50% of all felony cases as well as all misdemeanor cases arising out of Yosemite National Park. My job also includes attending CVB calendars in Fresno and occasionally, Yosemite and Bakersfield.

3. Discovery is typically produced by the United States Attorney's Office for the Eastern District of California pursuant to their own established protocols using USAfx.

4. In processing discovery, I coordinate directly with the U.S. Attorney's Office through a long-standing system that best ensures we receive the information due in a standardized process, appropriate format and which ensures that the production is received timely based on the Court's orders. These protocols are respected even when discovery includes information processed by other departments and agencies. When dealing with body-worn camera footage, audio recordings, video files, or other electronic data, it is imperative that the materials be produced in a usable and accessible format and is accompanied by any proprietary player and/or software. This ensures that the receiving party can review the evidence and determine whether the production is complete and accurately reflects the materials intended to be disclosed.

5. With the exception of cases arising out of China Lake for which discovery is shared through DODSAFE, the same USAfx procedure is used in Fresno and Bakersfield CVB cases.

6. In working on a misdemeanor case out of Yosemite National Park, *United States v. O'Brien*, 6:25-mj-00015-HBK, untimely discovery was produced outside the standardized system. The National Park Service law enforcement rangers produced discovery and failed to follow the established protocols standard to the United States Attorney's Office. In a June 26, 2026 email, Rule 180 NPS Representative Briana Vollmer confirmed "I do not typically provide discovery via USAfx as my office does not have that service."

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and recollection.

July 28, 2026

Julie Butler

Julie Butler