ERIC GRANT
United States Attorney
JOSHUA B. BANISTER
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GAVIN ANDERSON,<br>Defendant. | Case No. 6:25-po-00452-HBK<br><br>EXHIBIT 1 IN GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION TO DISQUALIFY RULE 180 OFFICERS |

D E C L A R A T I O N

I, JOSHUA B. BANISTER, declare as follows:

1. I am an Assistant U.S. Attorney for the Eastern District of California assigned to the Fresno Division. I have been the Misdemeanor Coordinator for the Fresno office since November 1, 2025.

2. Prior to my assuming the duties of Misdemeanor Coordinator, as part of the transition process with my predecessor, I was copied on the emails wherein the FPD raised the issue of Rule 180 officers appearing in duty uniform. FPD stated, "Absent very limited circumstances, my understanding is that law enforcement rangers have largely been in plain clothes, professional attire when acting in the R180 role." Attachment 1-A. FPD provided a citation to *Holbrook v. Flynn*, 475 U.S. 560, 570 (1986) as support for its request. Though I never conceded that *Holbrook* was on point as it dealt with the presence

of uniformed security in the courtroom during a jury trial, I continued my predecessor's policy of honoring FPD's request where feasible for the Rule 180 officers. During my tenure as Misdemeanor Coordinator, I did not converse with FPD about this issue that I recall. Further, since taking over, at no time that I am aware of have Rule 180 officers appeared in duty uniform in-person for any CVB docket, trial or other hearings that had been previously scheduled on the Court's normal dockets.

3. Since taking over as the Misdemeanor Coordinator, I have maintained weekly communications with the Yosemite Rule 180 officers through email and phone, communicating multiples times weekly, sometimes even daily.

4. As the Misdemeanor Coordinator I attended every monthly CVB docket in Yosemite except for March 2026 and July 2026. I did not appear on every case on the docket for those months, though I did make appearances in some cases, but I was present to supervise the work of the Rule 180 officers who made appearances.

5. 5. I could not be present for the March 2026 docket because I had been in Texas since February 9, 2026, with my wife, who had been placed in hospice care for an anoxic brain injury she received on January 19, 2023. She passed away on March 6, 2026. I did not return to Fresno until March 9, 2026. Despite being absent from California during that time, I nonetheless continued to work while in Texas, communicating with the Rule 180 officers, reviewing their work product, and reviewing their correspondence with FPD.

6. I could not be present for the July 2026 docket because of a conflicting pre-trial conference scheduled for the same day in a felony drug and gun case that was set for trial at the end of July. Additionally, I then had to travel to Texas that same week for military duty from July 9 through July 12, 2026. Despite, the conflicts with the pre-trial hearing, trial prep, and military duty, I had multiple email and phone conversations with the Rule 180 officers concerning pending cases and corresponded directly with the Federal Public Defender's Office ("FPD") on various cases.

7. In addition to supervising the Rule 180 officers, I also actively participated in litigating case before the court, including making appearances, drafting responses to defense motions, and engaging in plea negotiations.

8. Since the beginning of my tenure as the Misdemeanor Coordinator, for cases emanating out of Yosemite, the Rule 180 officers directly handled dissemination of discovery to defense counsel. This standardized process, which I and my predecessor approved, and which I have overseen during my tenure, includes emailing the respective defense counsel directly through an encrypted email. The encryption invites the recipient to receive a one-time passcode the recipient then uses to open the encrypted email. The encrypted email contains the document and photograph discovery if any exists. A separate email would then be sent directly to the defense counsel with a link to the Axon website, Evidence.com, wherein the defense counsel could download any BWC associated with the case if there is any. The defense counsel, including FPD, would typically send a reply email acknowledging receipt. Attachment 1-B.[1] I was copied on the emails providing discovery to defense counsel and approved this process for Yosemite cases as the Misdemeanor Coordinator. At no time during my tenure did any defense counsel, let alone FPD, object to this process. Further, FPD never requested from me that Ms. Julie Butler be included in the dissemination of discovery. The protocol was so commonplace in fact, in one instance, FPD inquired about the Axon BWC link because it had been delayed in being sent and FPD was expecting it. Attachment 1-C. This method for disseminating discovery was also utilized in *United States v. Propeck*, 6:25-mj-00056-HBK. Attachment 1-D. The government continues to use this same process for disseminating discovery even as of the writing of this declaration and FPD has not raised an objection to it or asked for Ms. Butler to be included. Attachment 1-E.

9. Though I did not appear on *United States v. O'Brien*, 6:25-mj-00015-HBK, at the bench trial on June 29, 2026, I was actively involved in the preparation for the litigation, including conferencing over the weekend with the Rule 180 officers and AUSA Brendan Daley, drafting the government's response to FPD's Motion in Limine seeking to suppress certain evidence, and reviewing and editing the government's trial brief. Because of my involvement, I am familiar with the discovery issues that arose in the case. All discovery was initially provided to FPD on June 12, 2025. Attachment 1-F. FPD failed to timely download the discovery and requested the government reupload the discovery for dissemination, which the Rule 180 officers did on June 23, 2026. Attachment 1-G. Supplemental

[1] This attachment represents a small sampling of discovery notices sent to FPD to demonstrate the standardized pattern and practice.

discovery was disclosed on June 28, 2025. Attachment 1-H. On or about June 8, 2026, the Rule 180 officers alerted me that, as part of their due diligence in preparing for trial, they had discovered body worn camera ("BWC") from the incident existed that had never been linked to the case so the prosecution team did not no it existed. I instructed the Rule 180 officers to disclose the existence of the BWC to FPD and, though we deemed the new BWC to contain inculpatory evidence, to indicate to FPD that we would self-suppress the BWC and did not intend to use it during the trial. The BWC was disclosed directly to FPD on June 8 and 9, 2026. Attachment 1-I. On June 26, 2026, the Rule 180s disclosed transcripts of the BWC the government did not intend to introduce but would be used only to navigate to the correct time stamps in the BWC videos. Attachment 1-J. This disclosure also included a single photograph of the scene from a witness. Attachment 1-J. The government did not have this photo in its possession and did not know it existed until interviewing the witness. In *O'Brien*, the Rule 180 officers followed the discovery process routinely utilized for providing discovery I described in ¶ 8. Further, the process followed by the Rule 180 officers to disclose evidence the government did not know previously existed, is the same process I would have followed if I had been the lead on the case.

10. Ms. Butler is incorrect that the discovery in *O'Brien* "was produced outside the standardized system." She is further incorrect that the Rule 180 officers "failed to follow the established protocols standard to the United States Attorneys Office." The process, as I described in ¶ 8 was standardized and had been sanctioned by both my predecessor and I. This standardized protocol did not included Ms. Butler in the process, but FPD has never complained about her omission, nor requested Ms. Butler's inclusion. Ms. Butler likewise has never contacted me about the protocol the government uses to disclose and disseminate discovery in Yosemite cases.

11. In *O'Brien*, Ms. Butler emailed the legal assistant that oversees misdemeanors for the entire Fresno office at 3:14 p.m. on Friday, June 26, 2026—15 minutes after the Rule 180 officers had already disclosed the single photograph and unverified transcripts. Attachment 1-K. Like other Yosemite cases, Ms. Butler had not been included on any disclosure of discovery in *O'Brien* up to this point. FPD had not requested that she be included either. The legal assistant indicated to Ms. Butler that all discovery had already been provided to FPD previously, but in an abundance of caution, provided all the discovery previously disclosed to FPD to Ms. Butler. Attachment 1-K. Ranger Vollmer also responded

that FPD had already received all discovery directly and that NPS did not have the USAFx service, so she did not use it. Attachment 1-L.

12. In addition to my duties as Misdemeanor Coordinator herein already described, I also conducted two separate trainings to certify or recertify National Park Service rangers as Rule 180 officers, on April 21, 2026 and June 22, 2026, respectively. Each training took approximately 4 hours, but I remained longer to answer legal questions and hypotheticals from the rangers. Additionally, I will conduct additional trainings with the Rule 180 officers on August 6, 2026 and August 19, 2026 that will cover trial practices and the rules of evidence.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2026, at Fresno, California.

/s/ *Joshua B. Banister*
JOSHUA B. BANISTER
Assistant United States Attorney

# 1-A

**Banister, Joshua (USACAE)**

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, October 20, 2025 1:30 PM
**To:** Heinz, Arin (USACAE)
**Cc:** Banister, Joshua (USACAE); Pataca, Antonio (USACAE); Briana Vollmer
**Subject:** [EXTERNAL] RE: YNP Duty - Add ons

Thanks for your response, Arin.

I'm referring to rangers appearing in uniform while acting under Rule 180. *See Holbrook v. Flynn*, 475 U.S. 560, 570 (1986) (acknowledging the impact that uniformed officers could have on a person's right to a fair trial). Even when proceeding on class B misdemeanors, the appearance of a blurred line between an active officer and a prosecutor could be perceived as impacting the accused's right to fair proceedings. Our limited request is just that law enforcement rangers not appear in uniform when acting under Rule 180 to avoid any confusion between the LEO role and prosecutor role. It's my understanding and experience that this has largely been the practice, so we'd ask that this continue.

Sincerely,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Heinz, Arin (USACAE) <Arin.Heinz@usdoj.gov>
**Sent:** Monday, October 20, 2025 11:29 AM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Pataca, Antonio (USACAE) <Antonio.Pataca@usdoj.gov>; Briana Vollmer <briana_vollmer@nps.gov>
**Subject:** RE: YNP Duty - Add ons

Good Morning, Lisa:

I had district court proceedings this morning and am just seeing this email. We have forwarded the documents to the private counsel.

Can you clarify your concerns referenced below. Are you referring to rangers appearing in uniform to testify or if they are in a Rule 180 capacity? It should be noted that we work to ensure that any Rule 180 that appears is not a witness in the case. I am not aware of local rules or case law that prohibits their being in uniform in a Rule 180 capacity.

Given the Yosemite legal office is very limited in its staffing and the park's extremely limited resources, we have several Rule 180's who are handling it in a secondary duty capacity. Due to this, it is my understanding that in more recent years, rangers have routinely appeared in uniform in their Rule 180 capacity. I am not aware that the Court has not raised any concerns with this practice.

Please let me know if I am missing something and send any applicable case law you referenced below. We will review it and circle back with you.

I am also ccing Josh, Tony, and Brie for their situational awareness in this conversation. Thank you.

Arin C. Heinz
Assistant United States Attorney | Eastern District of California
2500 Tulare Street | Fresno, California 93721
*Telephone:* 559-497-4080 | E*mail:* arin.heinz@usdoj.gov

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, October 20, 2025 8:28 AM
**To:** Heinz, Arin (USACAE) <Arin.Heinz@usdoj.gov>
**Subject:** [EXTERNAL] RE: YNP Duty - Add ons

Hi Arin,

I think we're all in the loop, but I wanted to confirm Mr. Killeya-Jones will have private counsel appearing today. We are still appearing for Mr. Davis provided he's seeking appointed counsel, however, so any information you could share would be greatly appreciated!

Also, I wanted to discuss the matter of ranger uniforms in court. Absent very limited circumstances, my understanding is that law enforcement rangers have largely been in plain clothes, professional attire when acting in the R180 role. That's a practice that we'd ask continue moving forward as we're in the special circumstance in this district where the accused can be prosecuted by active officers. Courts have recognized the threat that the presence of uniformed law enforcement can pose on a person's right to fair proceedings, and it seems any such concern would be heightened in the situation my clients regularly find themselves in when active officers are not just witnesses but also the prosecutor. I'm happy to pass along those cases if helpful, but please let me know if that's something that would be possible moving forward.

Thank you,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

**From:** Lisa Lumeya
**Sent:** Sunday, October 19, 2025 4:18 PM
**To:** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; Vollmer, Briana M <briana_vollmer@nps.gov>
**Subject:** YNP Duty - Add ons

Good afternoon Arin and Brie,

I'm reaching out regarding the two add-ons for tomorrow's duty calendar: Sacha Killeya-Jones and Malcolm Davis. Is the government seeking detention? Please let me know if you have a draft complaint or any other information you could share. I am handling duty, so I will likely need to start the Yosemite calendar interviews around 8 a.m.

Thank you,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

# 1-B

**Banister, Joshua (USACAE)**

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Sunday, November 16, 2025 7:57 AM
**To:** Lisa Lumeya
**Cc:** Getz, Benjamon S; DaSilva, Filly (USACAE); Banister, Joshua (USACAE)
**Subject:** [EXTERNAL] Discovery: Zhai
**Attachments:** message_v2.rpmsg

Vollmer, Briana M (briana_vollmer@nps.gov) has sent you a protected message.

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

**Banister, Joshua (USACAE)**

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Tuesday, December 2, 2025 3:58 PM
**To:** Vollmer, Briana M
**Cc:** Getz, Benjamon S; Banister, Joshua (USACAE); DaSilva, Filly (USACAE)
**Subject:** [EXTERNAL] RE: Discovery: Caroline Nelson

Received – thanks.

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Wednesday, November 26, 2025 11:58 AM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Getz, Benjamon S <benjamon_getz@nps.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** Discovery: Caroline Nelson

Vollmer, Briana M (briana_vollmer@nps.gov) has sent you a protected message.

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, March 16, 2026 9:01 AM
**To:** Vollmer, Briana M
**Cc:** Phillipe, Nancy E; Banister, Joshua (USACAE); DaSilva, Filly (USACAE)
**Subject:** RE: [EXTERNAL] RE: Discovery: Estrada (6:26-mj-8)

Received – thanks!

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Friday, March 13, 2026 8:40 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Discovery: Estrada (6:26-mj-8)

That's strange. I have reattached. Please let me know if you have any other problems.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Friday, March 13, 2026 7:08:05 PM
**To:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Cc:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** [EXTERNAL] RE: Discovery: Estrada (6:26-mj-8)

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Brie,

Thanks for the digital discovery. I only received the complaint in the protected email – could you please resend?

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Monday, March 9, 2026 12:30 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** Discovery: Estrada (6:26-mj-8)

Vollmer, Briana M (briana_vollmer@nps.gov) has sent you a protected message.

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

1-C

**Banister, Joshua (USACAE)**

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Thursday, April 2, 2026 6:02 PM
**To:** Lisa Lumeya
**Cc:** Phillipe, Nancy E; DaSilva, Filly (USACAE); Banister, Joshua (USACAE); Clemente, Arelis (USACAE)
**Subject:** Re: [EXTERNAL] RE: Discovery: US v. Palacios (6:26-mj-11)

Good evening,
You didn't miss it, I was trying to work on redactions at a time when I could train Nancy and Chris but got delayed. I've sent out the videos and photos that are ready for release, and I'll get the remaining ones to you as soon as I can.

Brie Vollmer
Legal Office
Yosemite National Park
209-372-0245

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Wednesday, April 1, 2026 7:50 PM
**To:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Cc:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; Clemente, Arelis (USACAE) <arelis.clemente@usdoj.gov>
**Subject:** [EXTERNAL] RE: Discovery: US v. Palacios (6:26-mj-11)

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Brie,

Thanks for sharing the reports. I wanted to follow-up regarding the digital evidence as I haven't received an Axon link. Could you please confirm if this was sent?

Sincerely,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Monday, March 30, 2026 4:14 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; Clemente, Arelis (USACAE) <arelis.clemente@usdoj.gov>
**Subject:** Discovery: US v. Palacios (6:26-mj-11)

NPS YOSE Legal Office (YOSE_legal_office@nps.gov) has sent you a protected message.

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

# 1-D

**Banister, Joshua (USACAE)**

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, April 20, 2026 11:46 AM
**To:** NPS YOSE Legal Office
**Cc:** DaSilva, Filly (USACAE); Banister, Joshua (USACAE); Clemente, Arelis (USACAE)
**Subject:** [EXTERNAL] RE: Discovery: US v. Propeck (6:25-mj-53)

Received – thank you.

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Monday, April 20, 2026 11:37 AM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; Clemente, Arelis (USACAE) <arelis.clemente@usdoj.gov>
**Subject:** Discovery: US v. Propeck (6:25-mj-53)

NPS YOSE Legal Office (YOSE_legal_office@nps.gov) has sent you a protected message.

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

# 1-E

**Banister, Joshua (USACAE)**

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, August 3, 2026 9:42 AM
**To:** NPS YOSE Legal Office; Phillipe, Nancy E; Daly, Brendan (USACAE); Banister, Joshua (USACAE)
**Subject:** RE: [EXTERNAL] RE: Evidence.com - Case Download Link

I got it – thanks so much, Nancy!

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Sent:** Monday, August 3, 2026 9:35 AM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>; Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; Brendan.Daly@usdoj.gov; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Evidence.com - Case Download Link

Hi Lisa,
I just forwarded you the email from last week with the written discovery. Let me know if you don't get that one and we'll come up with Plan C.

Nancy

Legal Office
Yosemite National Park
209-372-0245

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, August 3, 2026 9:28 AM
**To:** Phillipe, Nancy E <Nancy_Phillipe@nps.gov>; Brendan.Daly@usdoj.gov <brendan.daly@usdoj.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Subject:** [EXTERNAL] RE: Evidence.com - Case Download Link

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi all,

I received the Axon link in this case for Mr. Salas (6:26-mj-00031-HBK), but I don't believe I received any written discovery. Were the reports shared on the same day? This one came through when I was out of office, so I just want to make sure I'm tracking. Thank you!

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Axon <noreply@evidence.com>
**Sent:** Thursday, July 30, 2026 2:49 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Subject:** Evidence.com - Case Download Link

EXTERNAL SENDER

| **Axon - my.us.evidence.com**

# Evidence.com - Case Download Link

Hello Lisa Lumeya (Badge ID: cb21f9a52b83),

**Nancy Phillipe** from **National Park Service** () has sent you a link to download the case **R-26-0000229066** on Evidence.com. You will download **1** zip or iso file(s) containing the pieces of evidence in this case. This download may take a while depending on your internet connection.

digital discovery US v SALAS

**Please note that your access to this link will expire on August 4, 2026 14:43:21 (-07:00).**
Afterwards, you will need to contact the sender to request access.

Download link:
[Click here to download]

Thank you,
The Axon Team

---

SECURITY NOTICE: Axon will not send you emails that request your username, password, or any other sensitive information. If you receive an email requesting information, it is most likely an attempt to gain access to your account. Furthermore, please verify that any hyperlinks in the message above begin with the proper URL e.g. "https://agencyname.evidence.com". Please forward emails that appear suspicious to help@evidence.com.

# 1-F

Outlook

## Discovery: John O'Brien

**From** Vollmer, Briana M <briana_vollmer@nps.gov>
**Date** Mon 5/12/2025 1:35 PM
**To** Lisa Lumeya <lisa_lumeya@fd.org>
**Cc** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>

1 attachment (3 MB)
O'BRIEN_J_Discovery_Bates 1-35.pdf;

Hi Lisa,
Attached is the document discovery for the case against John O'Brien (6:25-mj-15). You should receive a link for the digital evidence shortly. I am still waiting on the CAD report and will send that along when dispatch provides it to me.

Brie Vollmer
US Park Ranger
Law Enforcement Specialist (Acting)
Yosemite National Park

209-347-2042 (Cell)
209-379-1992 (24 hr Dispatch)

# 1-G

Outlook

## RE: [EXTERNAL] RE: Discovery: John O'Brien

**From** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Date** Fri 5/23/2025 1:19 PM
**To** Vollmer, Briana M <briana_vollmer@nps.gov>
**Cc** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>

Hi, Brie—much appreciated. Thank you!

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Friday, May 23, 2025 1:17 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: Discovery: John O'Brien

Hi Lisa,
That link has been resent. I made it good for 7 days, just in case.

Brie Vollmer
US Park Ranger
Law Enforcement Specialist (Acting)
Yosemite National Park

209-347-2042 (Cell)
209-379-1992 (24 hr Dispatch)

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Monday, May 19, 2025 10:31 AM
**To:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Cc:** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** [EXTERNAL] RE: Discovery: John O'Brien

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Good morning Brie,

Thank you for sending this discovery. I got behind on emails last week, and because I failed to download this on time, I'm no longer able to access the Axon link. I believe you're out of the office this week, but could you please resend me the Axon link upon return? I'm sorry for the late response and inconvenience.

Sincerely,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Monday, May 12, 2025 1:36 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>
**Subject:** Discovery: John O'Brien

Vollmer, Briana M (briana_vollmer@nps.gov) has sent you a protected message.

lock

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.

# 1-H

Outlook

## [EXTERNAL] RE: Supplemental Discovery: O'Brien

**From** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Date** Wed 5/28/2025 12:18 PM
**To** Vollmer, Briana M <briana_vollmer@nps.gov>
**Cc** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Getz, Benjamon S <benjamon_getz@nps.gov>

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Received – thanks!

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Wednesday, May 28, 2025 12:14 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Getz, Benjamon S <benjamon_getz@nps.gov>
**Subject:** Supplemental Discovery: O'Brien

Vollmer, Briana M (briana_vollmer@nps.gov) has sent you a protected message.

lock

Read the message

Learn about messages protected by Microsoft Purview Message Encryption.

Privacy Statement

Learn More on email encryption.
Microsoft Corporation, One Microsoft Way, Redmond, WA 98052

Outlook

## Supplemental Discovery: O'Brien

**From** Vollmer, Briana M <briana_vollmer@nps.gov>
**Date** Wed 5/28/2025 12:13 PM
**To** Lisa Lumeya <lisa_lumeya@fd.org>
**Cc** Heinz, Arin (USACAE) <arin.heinz@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Getz, Benjamon S <benjamon_getz@nps.gov>

1 attachment (1 MB)
O'BRIEN_J_Discovery_Bates 36-45.pdf;

Hi Lisa,
Supplemental for Mr. O'Brien's case. This is the CAD log.

Brie Vollmer
US Park Ranger
Law Enforcement Specialist (Acting)
Yosemite National Park

209-347-2042 (Cell)
209-379-1992 (24 hr Dispatch)

1-I

Outlook

**Supplemental Discovery: US v. O'Brien (6:25-mj-15)**

**From** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Date** Mon 6/8/2026 1:06 PM
**To** Lisa Lumeya <lisa_lumeya@fd.org>
**Cc** DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; Brendan.Daly@usdoj.gov <brendan.daly@usdoj.gov>

1 attachment (851 KB)
O'BRIEN_J_Discovery_Bates 46-49.pdf;

Hi Lisa,
I just sent you a link to a couple videos not previously linked to this case. We do not plan to use them at trial. Placeholders are attached for bates numbers.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

Outlook

**Supplemental discovery: US v. O'Brien (6:25-mj-15)**

**From** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Date** Tue 6/9/2026 11:22 AM
**To** Lisa Lumeya <lisa_lumeya@fd.org>
**Cc** Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>; Brendan.Daly@usdoj.gov <brendan.daly@usdoj.gov>

1 attachment (809 KB)
O'BRIEN_J_Discovery_Bates 50-52.pdf;

Hi Lisa,
I've sent a download link for one additional video that I located yesterday. Here is the place holder for that. We do not plan to use the video at trial.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

# 1-J

Outlook

## Supplemental Discovery: US v. O'Brien (6:25-mj-15)

**From** NPS YOSE Legal Office <YOSE_legal_office@nps.gov>
**Date** Fri 6/26/2026 2:59 PM
**To** Lisa Lumeya <lisa_lumeya@fd.org>
**Cc** Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; brendan.daly@usdoj.gov <brendan.daly@usdoj.gov>; DaSilva, Filly (USACAE) <filly.dasilva@usdoj.gov>

1 attachment (1 MB)
O'BRIEN_J_Discovery_Bates 53-100.pdf;

Hi Lisa,
I've attached our supplemental discovery for US v. O'Brien. This should be the last batch. I included unverified transcripts from the videos, but I don't intent to introduce those. They're just so I can navigate to the right timestamps in court.

I'll also send you a download link for a photo provided by a witness. It just shows the scene after the Rangers arrived.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

# 1-K

**Banister, Joshua (USACAE)**

**From:** Julie Butler <Julie_Butler@fd.org>
**Sent:** Friday, June 26, 2026 4:50 PM
**To:** DaSilva, Filly (USACAE)
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE); Lisa Lumeya; Daly, Brendan (USACAE); Karen Mosher
**Subject:** [EXTERNAL] Re: US v O'Brien

Thank you, Filly!

Get Outlook for iOS

---

**From:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Sent:** Friday, 26 June 2026 16:31:13
**To:** Julie Butler <Julie_Butler@fd.org>
**Cc:** briana_vollmer@nps.gov <briana_vollmer@nps.gov>; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>; Karen Mosher <Karen_Mosher@fd.org>
**Subject:** RE: US v O'Brien

All files have been uploaded and you should have received the link.

box

Files

Notes

Automate

Integrations

More

Collections

Favorites

LTU_Transcribe

Training Materia...

Search files and folders

Files > US v O'Brien_John - 6:25-mj-00015-HBK

NAME

Axon_Body_3_Video_2025-04-28_2015_X60A3857X.mp4

PDF O'BRIEN_J_Discovery_Bates 53-100.pdf

Axon_Body_3_Video_2025-04-28_1939_X60A78967.mp4

Axon_Body_3_Video_2025-04-28_1938_X60A3857X.mp4

Axon_Body_3_Video_2025-04-28_1937_X60AE983A.mp4 V2

Axon_Body_3_Video_2025-04-28_1938_X60A3722Y.mp4

PDF O'BRIEN_J_Discovery_Bates 50-52.pdf

PDF O'BRIEN_J_Discovery_Bates 1-35.pdf

PDF O'BRIEN_J_Discovery_Bates 46-49.pdf

PDF O'BRIEN_J_Discovery_Bates 36-45.pdf

Axon_Body_3_Video_2025-04-28_1938_X60A3467X.mp4

Axon_Body_3_Video_2025-04-28_1959_X60A3467X.mp4

Axon_Body_3_Video_2025-04-28_1959_X60AE983A.mp4

IMG_1956.jpeg

**From:** DaSilva, Filly (USACAE)
**Sent:** Friday, June 26, 2026 4:16 PM
**To:** 'Julie Butler' <Julie_Butler@fd.org>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** RE: US v O'Brien

Hi Julie:

It is my understanding that Lisa has received everything. Today's discovery involved a .jpeg native file. However, in an abundance of caution, I am uploading everything to USAfx for your ease of retrieval. The bodycam files are taking a little longer to upload and I will send you the link once the upload is complete.

Thank you,

-filly

---

**From:** Julie Butler <Julie_Butler@fd.org>
**Sent:** Friday, June 26, 2026 3:21 PM
**To:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v O'Brien

Great! Thank you!

---

**From:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Sent:** Friday, June 26, 2026 3:20 PM
**To:** Julie Butler <Julie_Butler@fd.org>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** RE: US v O'Brien

Good afternoon, Julie:

I will check with the trial team to see how and when discovery was produced. If need be, I can create a USAfx link for you once I am made aware of what native files you will need.

Thank you,

-filly

Filly M. DaSilva | Paralegal Specialist | Misdemeanor Unit & Immigration Unit
**United States Attorney's Office | Eastern District of California**
2500 Tulare Street | Suite 4401 | Fresno, California 93721
*t* 559.497.4091 | *e* filly.dasilva@usdoj.gov

**CONFIDENTIALITY NOTICE**: This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney-client communications or work products, and Is not subject to disclosure. It is solely for the use of the intended

recipients. Unauthorized interception, review, use, or disclosure is prohibited. If you believe that you have received this email in error, please notify the sender immediately and permanently delete the email, any attachments, and all copies from your computer.

---

**From:** Julie Butler <Julie_Butler@fd.org>
**Sent:** Friday, June 26, 2026 3:14 PM
**To:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** [EXTERNAL] US v O'Brien

Good afternoon, Filly,

I am aware that discovery was just produced that may include video or images. Unfortunately, I wasn't included in that email exchange. Will there be a USAfx link sent over for the native materials?

Julie R. Butler
**Paralegal / Disposal Officer**
**Federal Defender's Office**
**2300 Tulare St., Suite 330**
**Fresno, CA 93721**
**Phone 559-487-5336 ext. 7173**
**Fax 559-487-5950**

# 1-L

**Banister, Joshua (USACAE)**

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Friday, June 26, 2026 3:36 PM
**To:** Julie Butler; DaSilva, Filly (USACAE)
**Cc:** Banister, Joshua (USACAE); Lisa Lumeya; Daly, Brendan (USACAE)
**Subject:** Re: [EXTERNAL] RE: US v O'Brien

Hi everyone,
Perhaps Lisa can chime in to confirm this. I've been providing discovery directly to Lisa since the beginning of this case. It is my understanding that she has everything. I do not typically provide discovery via USAfx as my office does not have that service.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

---

**From:** Julie Butler <Julie_Butler@fd.org>
**Sent:** Friday, 26 June 2026 15:20:49
**To:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Cc:** Vollmer, Briana M <briana_vollmer@nps.gov>; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** [EXTERNAL] RE: US v O'Brien

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Great! Thank you!

---

**From:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Sent:** Friday, June 26, 2026 3:20 PM
**To:** Julie Butler <Julie_Butler@fd.org>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** RE: US v O'Brien

Good afternoon, Julie:

I will check with the trial team to see how and when discovery was produced. If need be, I can create a USAfx link for you once I am made aware of what native files you will need.

Thank you,

-filly

Filly M. DaSilva | Paralegal Specialist | Misdemeanor Unit & Immigration Unit
**United States Attorney's Office | Eastern District of California**
2500 Tulare Street | Suite 4401 | Fresno, California 93721
*t* 559.497.4091 | *e* filly.dasilva@usdoj.gov

**CONFIDENTIALITY NOTICE**: This communication with its contents and attachments, if any, may contain confidential, law enforcement sensitive, privileged attorney-client communications or work products, and Is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use, or disclosure is prohibited. If you believe that you have received this email in error, please notify the sender immediately and permanently delete the email, any attachments, and all copies from your computer.

---

**From:** Julie Butler <Julie_Butler@fd.org>
**Sent:** Friday, June 26, 2026 3:14 PM
**To:** DaSilva, Filly (USACAE) <Filly.DaSilva@usdoj.gov>
**Cc:** briana_vollmer@nps.gov; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>; Daly, Brendan (USACAE) <Brendan.Daly@usdoj.gov>
**Subject:** [EXTERNAL] US v O'Brien

Good afternoon, Filly,

I am aware that discovery was just produced that may include video or images. Unfortunately, I wasn't included in that email exchange. Will there be a USAfx link sent over for the native materials?

Julie R. Butler
**Paralegal / Disposal Officer**
**Federal Defender's Office**
**2300 Tulare St., Suite 330**
**Fresno, CA 93721**
**Phone 559-487-5336 ext. 7173**
**Fax 559-487-5950**