**Banister, Joshua (USACAE)**

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Thursday, June 25, 2026 3:50 PM
**To:** Banister, Joshua (USACAE); Vollmer, Briana M
**Cc:** David Harshaw
**Subject:** RE: [EXTERNAL] O'Brien - Proposed Stipulation

Ok, we'll file. And yes, it'll go on box.

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>
**Sent:** Thursday, June 25, 2026 3:42 PM
**To:** Vollmer, Briana M <briana_vollmer@nps.gov>; Lisa Lumeya <Lisa_Lumeya@fd.org>
**Cc:** David Harshaw <David_Harshaw@fd.org>
**Subject:** RE: [EXTERNAL] O'Brien - Proposed Stipulation

I'm good with it.

Very Respectfully,

Joshua B. Banister
Assistant United States Attorney
Eastern District of California
Robert E. Coyle U.S. Courthouse,
2500 Tulare Street, Suite 4401,
Fresno, CA 93721
Office: (559) 497-4510

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Thursday, June 25, 2026 3:37 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>; Banister, Joshua (USACAE) <Joshua.Banister@usdoj.gov>
**Cc:** David Harshaw <David_Harshaw@fd.org>
**Subject:** Re: [EXTERNAL] O'Brien - Proposed Stipulation

Thank you, Lisa. This looks good to me. I'll let Josh speak for himself. Confirming you will be uploading it to the drop box?

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist
Yosemite National Park
209-347-2042 (Cell)

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Thursday, June 25, 2026 3:12 PM
**To:** Vollmer, Briana M <briana_vollmer@nps.gov>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>
**Cc:** David Harshaw <David_Harshaw@fd.org>
**Subject:** RE: [EXTERNAL] O'Brien - Proposed Stipulation

Thanks for the update. We only plan to show the first few minutes, but no issues with the whole thing being admissible. Let me know if good to file.

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.

---

**From:** Vollmer, Briana M <briana_vollmer@nps.gov>
**Sent:** Thursday, June 25, 2026 1:02 PM
**To:** Lisa Lumeya <Lisa_Lumeya@fd.org>; Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>
**Cc:** David Harshaw <David_Harshaw@fd.org>
**Subject:** Re: [EXTERNAL] O'Brien - Proposed Stipulation

Hi Lisa,
I've spoken with Josh and we will agree to stipulate to the video's authenticity, provided that the entire video comes in. Please draft such a stipulation today and I will review.

We currently plan to introduce the first 7 minutes of Exhibit 1 but wanted to make the full video available for the court. Exhibit 2 is included in case we need to refresh a witness' memory.

Brie Vollmer
Supervisory Ranger
Law Enforcement Specialist

Yosemite National Park
209-347-2042 (Cell)

---

**From:** Lisa Lumeya <Lisa_Lumeya@fd.org>
**Sent:** Thursday, June 25, 2026 11:02 AM
**To:** Banister, Joshua (USACAE) <joshua.banister@usdoj.gov>; Vollmer, Briana M <briana_vollmer@nps.gov>
**Cc:** David Harshaw <David_Harshaw@fd.org>
**Subject:** [EXTERNAL] O'Brien - Proposed Stipulation

**This email has been received from outside of DOI - Use caution before clicking on links, opening attachments, or responding.**

Hi Josh and Brie,

I'm reaching out regarding Monday's trial to ask if we could stipulate to the beginning of Ranger Michael Terry's BWC. The court issued a subpoena, but it's my understanding he has plans to travel that morning. We could ask the judge to allow him to appear remotely to authenticate the video, but if you're open to stipulating to it, we wouldn't need to call him. Please let me know your thoughts. We would clip the video from the start to 19:41:17 (first 3:50 minutes) and could share it via Box.

Also, is the government introducing part of / the entire bwc for exhibits 1-2? I ask so we can have the sections prepared ahead of time on our end to avoid taking time on Monday.

Thank you,

**Lisa Ndembu Lumeya** (she/her)
*Assistant Federal Defender*
Office of the Federal Public Defender
Eastern District of California
2300 Tulare St., Suite 330
Fresno, CA 93721
559-487-5561
Lisa_Lumeya@fd.org

*This e-mail may contain PRIVILEGED and CONFIDENTIAL information intended only for the addressee(s) named above. If you suspect you are not this e-mail's intended recipient, or an authorized employee or agent responsible for delivering it to the intended recipient, any dissemination or copying of this e-mail is strictly prohibited. If you think you received this e-mail in error, please reply to us to let us know. Thank you for your cooperation.