**From:** Banister, Joshua (USACAE)

---

Hi Lisa,

What did Chris say his understanding was? If he said 18 months then that's the position.

**THIS EMAIL IS AN EXAMPLE OF PLEA NEGOTIATIONS**