# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA AT FRESNO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>GAVIN P ANDERSON,<br><br>*Defendant*. | ) | **NOTICE OF APPEAL**<br><br>No. **6:25-po-00452-HBK-1** |

Notice is hereby given that GAVIN P ANDERSON appeals to the United States District Court for the Eastern District of California from the:

( ) Conviction only
( ) Conviction and Sentence
( ) Sentence only
(X) Order (specify):
Order denying Mr. Anderson's Motion to Disqualify the National Park Service. This notice of appeal is pursuant to federal rule of criminal procedure 58(g)(2)(A).

Bail Status: Mr. Anderson is not in custody.

Dated: September 29, 2026

/s/ *Lisa N. Lumeya*
LISA NDEMBU LUMEYA
Assistant Federal Defender
ADDRESS: Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
PHONE: (559) 487-5561

---

Name of Court Reporter: ECRO
Transcript - Required: ( ) YES ( X ) NO
(If transcript is required, complete Transcript Order Form CA9-036; contact court reporter immediately to make arrangements for transcription.)