CAED 435
(Rev. 10/2023)

United States District Court, Eastern District of California

FOR COURT USE ONLY
DUE DATE:

# TRANSCRIPT ORDER

*PLEASE Read Instruction Page (attached):*

| | | | |
|---|---|---|---|
| 1. YOUR NAME<br>Lisa Lumeya | 2. EMAIL<br>Lisa_Lumeya@fd.org | 3. PHONE NUMBER<br>559-487-5561 | 4. DATE<br>10/13/2026 |
| 5. MAILING ADDRESS<br>2300 Tulare St., Ste. 330 | | 6. CITY<br>Fresno | 7. STATE CA / 8. ZIP CODE 93721 |
| 9. CASE NUMBER<br>6:25-po-00452-HBK | 10. JUDGE<br>Helena M. Barch-Kuchta | DATES OF PROCEEDINGS<br>11. FROM 11/04/2025 | 12. TO 03/10/2026 |
| 13. CASE NAME<br>United States v. Gavin P Anderson | | LOCATION OF PROCEEDINGS<br>14. CITY Yosemite | 15. STATE CA |

16. ORDER FOR

- ☐ APPEAL No.
- ☐ NON-APPEAL
- ☑ CRIMINAL
- ☐ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) *You **must** provide the name of the Reporter.*

| TRIAL | DATE(S) | REPORTER | HEARINGS | DATE(S) | REPORTER |
|---|---|---|---|---|---|
| ☐ ENTIRE TRIAL | | | ☑ OTHER (Specify Below) | | |
| ☐ JURY SELECTION | | | Initial Appearance re CVB | 11/04/25 | ECRO-Fresno |
| ☐ OPENING STATEMENTS | | | 1st Status Conference | 01/13/26 | ECRO-Fresno |
| ☐ CLOSING ARGUMENTS | | | 2nd Status Conference | 03/10/26 | ECRO-Fresno |
| ☐ JURY INSTRUCTIONS | | | | | |
| | | | | | |
| | | | | | |

18. ORDER (Grey Area for Court Reporter Use)

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| 30-Day | ☑ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| 7-Day | ☐ | ☐ | NO. OF COPIES | | |
| 3-Day | ☐ | ☐ | NO. OF COPIES | | |
| Next Day | ☐ | ☐ | NO. OF COPIES | | |
| 2- HOUR | ☐ | ☐ | NO. OF COPIES | | |
| REALTIME | ☐ | ☐ | | | |

CERTIFICATION (19 & 20)
By signing below, I certify I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

| | |
|---|---|
| 19. SIGNATURE /s/Lisa Lumeya | PROCESSED BY Eduardo Gonzalez |
| 20. DATE 10/13/2026 | PHONE NUMBER 5594875561 |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |